STATE OF NEW JERSEY v. REGINALD WEST.

February 1, 1972. Petition for Certification denied.

STATE OF NEW JERSEY v. WILLIAM G. HAYES.

February 1, 1972. Petition for Certification denied.

NORMAN N. SCHIFF v. CLAIRE SCHIFF.

February 1, 1972. Petition for Certification denied. (See 116 *N. J. Super.* 546.)

STATE OF NEW JERSEY v. DR. ROBERT B. J. MULVANEY.

February 1, 1972. Petition for Certification denied, except as to costs. (See 117 *N. J. Super.* 315).

MARIE R. RUSSO, WIDOW, *ETC.* v.
NEWARK BOARD OF EDUCATION.

February 1, 1972. Petition for Certification denied.

STATE OF NEW JERSEY v.
ROBERT CHESTER OSBORNE, *ET AL.*

February 1, 1972. Petition for Certification denied. (See 117 *N. J. Super.* 409).